# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

|  |  |
|---|---|
| **Sheryl A. Quenzer,** | No. CV 08-1448-PHX-MHB |
| Plaintiff, | |
| v. | **ORDER** |
| **Premium Asset Recovery Corporation;** | |
| Defendant. | |

Plaintiff having filed a notice of the dismissal of this case with prejudice, and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this action with prejudice, each party to bear its own fees and costs.

DATED this 23rd day of September, 2008.

Michelle H. Burns
United States Magistrate Judge